# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

**FILED**
APR 08 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | | |
|---|---|---|
| United States of America<br>v.<br>BREANA GARTH, ANTHONY D. BROWN, and<br>DONAVON M. RUFFIN,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:20 MJ 1056 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 7, 2020__ in the county of __ANDERSON__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841, 846 | Conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine and possession with the intent to distribute 50 grams or more of methamphetamine. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bradley Robbins, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/08/2020

_____
*Judge's signature*

City and state: Knoxville, Tennessee

DEBRA C. POPLIN, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

1. I, Bradley Robbins, Task Force Officer with the Drug Enforcement Administration ("DEA"), being duly sworn, depose and state that:

2. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. I have been a Task Force Officer with the DEA since July of 2018. I am also a member of the Tennessee Highway Patrol and have been a trooper since 2013. From 2008 until 2013, I was an officer with the Jefferson County Sheriff's Department.

4. I have participated in numerous narcotics investigations. These investigations have resulted in the arrests of numerous targets and the seizure of various narcotics and assets. During the course of these investigations, I have debriefed defendants, informants, and witnesses who had personal knowledge regarding major narcotics trafficking organizations, conducted physical surveillance, supported wiretaps, executed search warrants, served subpoenas, analyzed and evaluated evidence and information obtained from court authorized pen registers and trap and trace intercepts, telephone tolls, financial documents, reviewed and transcribed recorded calls, and provided testimony. As a result of my experience and training, I am familiar with the manner in which various types of illegal drugs are cultivated, manufactured, transported, smuggled, distributed, or diverted, as well as methods used to finance drug transactions and launder drug proceeds.

5. I am submitting this affidavit for the limited purpose of establish probable cause for the arrest of Breana Garth ("GARTH"), Anthony D. Brown ("BROWN"), and Donavon M. Ruffin

("RUFFIN") for conspiracy to possess with the intent to distribute 50 grams or more of methamphetamine and possession with the intent to distribute 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841 and 846.

6. The facts in this affidavit are based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include every fact known to me or to other law enforcement officers regarding this matter.

## *Probable Cause*

7. On or about April 7, 2020, a Tennessee Highway Patrol ("THP") Trooper spotted a vehicle traveling at 75 miles an hour in a 65 miles per hour zone in the Eastern District of Tennessee. The car also twice crossed the solid white line on the side of the road. The trooper pulled the vehicle over. The vehicle had Virginia plates. When the trooper approached the passenger side of the vehicle, he smelled marijuana.[1] The driver was Breana Garth ("GARTH"). Her license was suspended. There were two other passengers in the vehicle, Anthony Brown ("BROWN"), and Donavon Ruffin ("RUFFIN"). The vehicle was rented from a rental car company, but the driver and the passengers were not on the rental car agreement that was shown to the trooper. GARTH told law enforcement officers that they were traveling from the Detroit, Michigan, area to a street in Tennessee. She did not know the name of the town of where she was headed. GARTH stated that she was traveling to see her daughter who was in Tennessee. GARTH stated that her aunt had rented the car.

8. When law enforcement officers spoke with the passengers, their stories did not match what the driver had told law enforcement and had several glaring inconsistencies. For example, the

---

[1] During a later search of the vehicle, law enforcement found a hookah and marijuana "shake" inside the car.

2

driver, GARTH, told troopers that she knew the passengers. But one passenger, however, claimed to not know the driver. The other passenger claimed to not know the other passenger.

9. Officers then searched the car. Inside the trunk, they found approximately 3.65 kilograms of a clear crystal substance that I know based on my training and experience is almost assuredly methamphetamine. The methamphetamine was in a grocery bag. Also in the trunk, law enforcement found two duffel bags. One duffel bag had a male's clothes and one had a female's clothes.

10. At the station, law enforcement officers observed the iPhone belonging to GARTH ringing, with the name "Ice Momma" or words to that effect as the caller's name. Based on my training and experience, I'm aware that methamphetamine is commonly referred to as "Ice." Based on my training and experience, I'm also aware that drug trafficking organizations like to use rental cars, rented in other person's names, to help conduct their drug trafficking business. I'm also aware that Detroit, Michigan is a well-known source of supply city for drugs being distributed in the Eastern District of Tennessee.

BRADLEY ROBBINS, TFO
Drug Enforcement Administration

Sworn and subscribed before me on
April 8th, 2020, in Knoxville, TN.

DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE

3